IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMARA SUMMERS, | : | |
|     **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 18-CV-3652** |
| | : | |
| PA DEPARTMENT OF HUMAN | : | **FILED** |
| SERVICES, *et al.*, | : | |
|     **Defendants.** | : | AUG 3 0 2018 |

KATE BARKMAN, Clerk
By_____Dep. Clerk

**ORDER**

AND NOW, this **30** day of August, 2018, upon consideration of Plaintiff Tamara

Summers's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1), her *pro se* Complaint

(ECF No. 2), and her Motion for Appointment of Counsel (ECF No. 3), it is **ORDERED** that:

    1.    Leave to proceed *in forma pauperis* is **GRANTED.**

    2.    The Complaint is **DEEMED** filed.

    3.    The Complaint is **DISMISSED without prejudice** for failure to state a claim,

pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons set forth in the Court's Memorandum.

    4.    Summers is given leave to file an amended complaint within thirty (30) days of

the date of this Order in the event that she can state a plausible claim for relief that cures the

defects identified in the Court's Memorandum. Any individual or entity that is not listed in the

caption of the amended complaint will not be treated as a defendant. Any amended complaint

must be a complete document that describes in detail the basis for Summers's claims against

each defendant. If Summers files an amended complaint, the Clerk shall not make service until

so **ORDERED.**

5.     The Clerk of Court is **DIRECTED** to send Summers a blank copy of this Court's current standard form to be used by a *pro se* litigant filing a civil action bearing the above-captioned civil action number.  Summers may use this form to prepare her amended complaint.

6.     The Motion for Appointment of Counsel is **DENIED** at this time.

7.     If Summers fails to file an amended complaint, her case may be dismissed for failure to prosecute without further notice.

BY THE COURT:

_____
**WENDY BEETLESTONE, J.**