# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TAMARA SUMMERS,
 Plaintiff,

v.          CIVIL ACTION NO. 18-CV-3652

PA DEPARTMENT OF HUMAN
SERVICES, *et al.*,
 Defendants.

**FILED**
OCT 04 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 4th day of October, 2018, upon consideration of *pro se* Plaintiff Tamara Summers's Amended Complaint (ECF No. 7), it is **ORDERED** that:

1. The Amended Complaint is **DISMISSED** for the reasons set forth in the Court's Memorandum. Claims that are barred by *Rooker-Feldman*, as discussed in the Memorandum, are **DISMISSED for lack of subject matter jurisdiction**. Claims that are barred by immunity, as discussed in the Memorandum, are **DISMISSED with prejudice**. All remaining claims are **DISMISSED without prejudice** to amendment as set forth below.

2. Summers is given leave to file a second amended complaint within thirty (30) days of the date of this Order in the event that she can state a plausible claim for relief that cures the defects identified in the Court's Memorandum. Any individual or entity that is not listed in the caption of the second amended complaint will not be treated as a defendant. Any second amended complaint must be a complete document that describes in detail the basis for Summers's claims against each defendant. Any second amended complaint should not raise claims challenging the state court's judgment and seeking review and rejection of that judgment, and should not raise claims barred by principles of immunity. If Summers files a second amended complaint, the Clerk shall not make service until so **ORDERED**.

3. The Clerk of Court is **DIRECTED** to send Summers a blank copy of this Court's current standard form to be used by a *pro se* litigant filing a civil action bearing the above-captioned civil action number. Summers may use this form to prepare her second amended complaint.

4. If Summers fails to file a second amended complaint, her case may be dismissed for failure to prosecute without further notice.

BY THE COURT:

_____
WENDY BEETLESTONE, J.